# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT WHITE, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> NRG TEXAS POWER LLC, *et al.*, § <br> § <br> *Defendants*. § | Case No.: _____ |

**INDEX OF MATTERS FILED UPON REMOVAL**

The following documents appear in the file of the case styled *Robert White, Nic Kamish, Lacy Grejcha, Destani Harris, Bukola Simeon, Kena Buras, Gwen Mayberry, Tonya Reyes-Dickerson, Kayla Butler and Cheryl Freeston v. NRG Texas Power, Et Ux*, Cause No. 2021-11686, in the 157th Judicial District of Harris County, Texas (the "State Case"). Additional documents filed in support of the *Notice of Removal* are also indexed below.

| Document | Exhibit Designation |
|---|---|
| Plaintiffs' Original Petition | Exhibit B |
| Service of Process Transmission Notices to Bastrop Energy Partners LP, ExGen Texas Power, LLC, Frontera Generation Limited Partnership, Mountain Creek Power LLC, Paris Generation LP, and Wolf Hollow I Power LLC[1] | Exhibit C-1 |
| State Case Docket Sheet | Exhibit C-2 |
| Application for Temporary Restraining Order | Exhibit C-3 |
| Original Temporary Restraining Order | Exhibit C-4 |

---

[1] As of the time of this filing, the executed returns of service have not been filed in the State Case and are thus not available on the court's docket. Once they are, Removing Defendants will supplement their papers to include them.

1

| Document | Exhibit Designation |
|---|---|
| Motion to Extend Temporary Restraining Order | Exhibit C-5 |
| Amended Temporary Restraining Order and Hearing Reset | Exhibit C-6 |
| Bond Fee Payment | Exhibit C-7 |
| Attorney Declaration | Exhibit D |
| The Dow Chemical Company's Seventh Amended and Restated Certificate of Incorporation | Exhibit D-1 |
| Cover Page of The Dow Chemical Company's Form 10-K | Exhibit D-2 |
| The Dow Chemical Company's Notices of Removal | Exhibit D-3 |
| E.I. du Pont de Nemours and Company's Fourth Amended and Restated Certificate of Incorporation | Exhibit D-4 |
| Cover Page of E.I. du Pont de Nemours and Company's Form 10-K | Exhibit D-5 |
| E.I. du Pont de Nemours and Company's Notices of Removal | Exhibit D-6 |
| NRG Energy, Inc.'s Amended and Restated Certificate of Incorporation | Exhibit D-7 |
| Cover Page of NRG Energy, Inc.'s Form 10-K | Exhibit D-8 |
| NRG Energy, Inc.'s Memorandum in Support of Motion to Dismiss | Exhibit D-9 |
| List of Counsel of Record | Exhibit E |

Dated: March 16, 2021

*/s/ Anna Rotman, P.C.*
**KIRKLAND & ELLIS LLP**
Anna Rotman, P.C.
TX Bar No. 24046761
SDTX License No. 6277249
Attorney-in-charge
Dustin Womack
TX Bar No. 24115963
SDTX License No. 3487911
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
Email: anna.rotman@kirkland.com
dustin.womack@kirkland.com

- and -

Jeremy A. Fielding, P.C.
TX Bar No. 24040895
SDTX License No. 1012277
Michael Kalis
TX Bar No. 24092606
SDTX License No. 3610552
1601 Elm Street, 27th Floor
Dallas, TX 75201
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
Email: jeremy.fielding@kirkland.com
michael.kalis@kirkland.com

*Attorneys for Defendants Bastrop Energy Partners LP, ExGen Texas Power, LLC, Frontera Generation Limited Partnership, Mountain Creek Power LLC, Paris Generation LP, and Wolf Hollow I Power LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 16, 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on opposing counsel.

*/s/ Anna Rotman, P.C.*
Anna Rotman, P.C.
